IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : 5:24-MJ-19 |
| | : |
| v. | : Chief Magistrate Judge Saporito |
| | : |
| CHAD DOWNTON, | : |
| | : |
| Defendant | : |

*FILED WILKES BARRE MAR 06 2024 PER MJ DEPUTY CLERK*

ORDER

**AND NOW, THIS** 6th **DAY OF** March, 2024, an indictment having been filed as to defendant, **IT IS HEREBY ORDERED THAT** the preliminary examination scheduled for March 14, 2024, is **CANCELLED.**

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
Chief United States Magistrate Judge